Crandall v. 99 Cents Only Stores, LLC
<u>Removal Exhibits</u>

Exhibit A      Summons

Exhibit B      Complaint

Exhibit C      Affidavit of Service of Process

Exhibit D      Plaintiff's Certificate of Compulsory Arbitration

Exhibit E      State Court Docket

Exhibit F      Notice of Filing Notice of Removal

8684043.1

**EXHIBIT A**

1

**KENT LAW, PLC**
**7540 South Willow Drive**

2   **Tempe, Arizona 85283**
**(480) 359-KENT(5368)**

3   **Jonathan J. Henry, Esq.**
**State Bar No. 027976**

4   **Daniel C. Kaapke, Esq.**

5   **State Bar No. 034562**                ORIGINAL
**Litigation@Kent-Law.org**

6   **Attorneys for Plaintiff**

7                **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8                     **IN AND FOR THE COUNTY OF MARICOPA**

9

10   LOUANN CRANDALL, a single person,        No.:   CV2020-094504

11      Plaintiff,

12   v.                                        **SUMMONS**

13   99 CENTS ONLY STORES OF

14   CALIFORNIA, INC. (FN) a foreign
corporation; 99 CENTS ONLY STORES

15   LLC, a foreign corporation; XYZ          (Tort – Premises Liability)
Corporations I-III; ABC Partnerships I-III;

16   John and Jane Does I-III,                If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at

17      Defendants.                           602-257-4434
                                              or

18                                            www.maricopalawyers.org
                                              Sponsored by the
                                              Maricopa County Bar Association

19   **THE STATE OF ARIZONA TO THE DEFENDANTS:**

20                     **99 CENTS ONLY STORES LLC**

21

22       YOU ARE HEREBY SUMMONED and required to appear and defend, within the time

23   applicable, in this action in this Court.  If served within Arizona, you shall appear and defend

24   within 20 days after the service of Summons and Complaint upon you, exclusive of the day of

25   service.  If served out of the State of Arizona -- whether by direct service, by registered or certified

26   mail, or by publication -- you shall appear and defend within 30 days after the service of the

27   Summons and Complaint upon you is complete, exclusive of the day of service.  Where process is

28   served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal
process against it in this State, the insurer shall not be required to appear, answer or plead until

1

1  expiration of 40 days after date of such service upon the Director. Service by registered or certified

2  mail without the State of Arizona is complete 30 days after the date of filing the receipt and

3  affidavit of service with the Court. Service by publication is complete 30 days after the date of

4  first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle

5  Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or

6  Officer's Return. RCP 4; ARS §§ 20-222, 28-502, 28-503.

7  Copies of the pleading filed herein may be obtained by contacting the Clerk of Superior

8  Court, Maricopa County, located at 201 East Jefferson, First Floor, Phoenix, Arizona. RCP 4.1(e).

9  YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within

10  the time applicable, judgment by default may be rendered against you for the relief demanded in

11  the Complaint.

12  YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or

13  proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee,

14  within the time required, and you are required to serve a copy of any Answer or response upon the

15  Plaintiff's attorney. RCP 10(d); ARS §12-311; RCP 5.

16

17  Request, for reasonable accommodation for persons with disabilities must be made to the

18  division assigned to the case by parties at least three (3) judicial days in advance of a scheduled

19  court proceeding.

20  Requests for an interpreter for persons with limited English proficiency must be made to

21  the division assigned to the case by the party needing the interpreter and/or translator or his/her

22  counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

2

The name and address of Plaintiff's attorneys, where a copy of the pleading being served may be obtained, are:

> Jonathan J. Henry, Esq.
> Daniel C. Kaapke, Esq.
> KENT LAW PLC
> 7540 South Willow Drive
> Tempe, Arizona 85283

SIGNED AND SEALED this date: ___AUG 07 2020___, 20____.

                              **JEFF FINE, CLERK**
                              _____
                              Clerk

                              By: _____
                                   Deputy Clerk

                              **S. LaSpaluto**
                              **Deputy Clerk**

Method of Service:

XX    Private Process Service

3

**EXHIBIT B**



COPY

**KENT LAW, PLC**
**7540 South Willow Drive**
**Tempe, Arizona 85283**
**(480) 359-KENT(5368)**
**Jonathan J. Henry, Esq.**
**State Bar No. 027976**
**Daniel C. Kaapke, Esq.**
**State Bar No. 034562**
**Litigation@Kent-Law.org**
**Attorneys for Plaintiff**

AUG 0 7 2020

CLERK OF THE SUPERIOR COURT
S. LASPALUTO
DEPUTY CLERK

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

LOUANN CRANDALL, a single person,

    Plaintiff,

v.

99 CENTS ONLY STORES OF
CALIFORNIA, INC. (FN) a foreign
corporation; 99 CENTS ONLY STORES
LLC, a foreign corporation; XYZ
Corporations I-III; ABC Partnerships I-III;
John and Jane Does I-III,

    Defendants.

No.:  CV2020-094504

**COMPLAINT**

(Tort- Premises Liability)

Plaintiff **LOUANN CRANDALL**, hereinafter referred to as "Plaintiff", by and through

undersigned counsel complaining of the Defendants, and in support thereof, states as follows:

### JURISDICTION & VENUE

1.    Plaintiff **LOUANN CRANDALL** is, and at all times relevant hereto, a resident of

Maricopa County, State of Arizona.

2.    The events giving rise to the cause of action set forth herein occurred within the

State of Arizona, County of Maricopa; and this court has jurisdiction over the subject matter and

1

parties to this litigation.

3.     Defendant **99 CENTS ONLY STORES OF CALIFORNIA, INC. (FN)** is a foreign corporation, licensed to and carrying on business in Maricopa County, Arizona and has caused events to occur in Maricopa County, Arizona, out of which the claim that is the subject of this Complaint arose.

4.     Defendant **99 CENTS ONLY STORES OF CALIFORNIA, INC. (FN)** has caused events to occur in Maricopa County, State of Arizona out of which the claim which is the subject of this Complaint arose by virtue of its vicarious liability for the actions and omissions of its duly authorized agents, servants, contractors, and employees, acting within the course and scope of employment of Defendant **99 CENTS ONLY STORES OF CALIFORNIA, INC. (FN).**

5.     Defendant **99 CENTS ONLY STORES LLC** is a foreign corporation, licensed to and carrying on business in Maricopa County, Arizona and has caused events to occur in Maricopa County, Arizona, out of which the claim that is the subject of this Complaint arose.

6.     Defendant **99 CENTS ONLY STORES LLC** has caused events to occur in Maricopa County, State of Arizona out of which the claim which is the subject of this Complaint arose by virtue of its vicarious liability for the actions and omissions of its duly authorized agents, servants, contractors, and employees, acting within the course and scope of employment of Defendant **99 CENTS ONLY STORES LLC.**

7.     The true names and capacities, whether individual, corporate or otherwise, of the Defendants John and Jane Does I-III, ABC Partnerships I-III, and XYZ Corporations I-III, are unknown to the Plaintiff who therefore sues said defendants by such fictitious names and will ask leave to amend this Complaint to state their true names and capacities at such time as the same become known to the Plaintiff.

8.      Defendants are residents or citizens of the State of Arizona, or caused events to occur in the State of Arizona, out of which the claim which is the subject of this Complaint arose. Said corporate Defendants are either Arizona corporations or foreign corporations, partnerships, joint ventures, or other legal entities, which are doing business in Arizona or have caused events to occur in the State of Arizona out of which the claim that is the subject of this Complaint arose.

9.      Plaintiff is informed and believes and therefore alleges that each of the defendants designated herein are legally responsible for the events and happenings herein referred to, and legally caused injury and damages proximately thereby to Plaintiff as herein alleged.

10.     Plaintiff seeks damages in excess of the minimum jurisdictional limits of this Court.

## GENERAL ALLEGATIONS OF FACT

11.     On or about August 10, 2018, and for some time prior thereto, Defendants **99 CENTS ONLY STORES OF CALIFORNIA, INC. (FN), and/or 99 CENTS ONLY STORES LLC**, through their duly authorized agents, servants and employees, possessed, controlled, managed, operated, and supervised a store at or near 3518 West Peoria Avenue, Phoenix, Arizona.

12.     On August 10, 2018, Plaintiff entered said location as a business invitee for the purpose of purchasing goods. On said date, Plaintiff **LOUANN CRANDALL**, slipped and fell on slippery liquid being allowed to stand on the floor. Plaintiff fell to the ground due to Defendants **99 CENTS ONLY STORES OF CALIFORNIA, INC. (FN), and/or 99 CENTS ONLY STORES LLC's** negligence in maintaining the premises free from hazard and/or not warning of the hazard. The dangerous and defective condition of the store was hazardous due to the slippery liquid being allowed to stand on the floor.

13.     Defendants **99 CENTS ONLY STORES OF CALIFORNIA, INC. (FN), and/or 99 CENTS ONLY STORES LLC**, through their duly authorized agents, servants and employees,

negligently caused, negligently maintained, and/or negligently allowed the premises of said place of business to remain in a dangerous and defective condition.

14.    Plaintiff **LOUANN CRANDALL** was injured and damaged, and therefore incurred monetary expenses.

## COUNT ONE: RESPONDEAT SUPERIOR

### (As to All Defendants)

15.   Plaintiff incorporates all previous paragraphs and all allegations herein by reference as if fully set forth herein.

16.    Defendants **99 CENTS ONLY STORES OF CALIFORNIA, INC. (FN), and/or 99 CENTS ONLY STORES LLC**, at all relevant times hereto are responsible for the negligent actions of its employees on the basis of respondent superior master-servant, general agency principles, and otherwise.

## COUNT TWO: PREMISES LIABILITY

### (As to All Defendants)

17.    Plaintiff incorporates all previous paragraphs and allegations herein by reference as if fully set forth herein.

18.    Defendants **99 CENTS ONLY STORES OF CALIFORNIA, INC. (FN), and/or 99 CENTS ONLY STORES LLC**, through their duly authorized agents, servants and employees was required to use reasonable care when maintaining said premises and/or operation to prevent injuring to the business invitees at the said location.

19.    Defendants **99 CENTS ONLY STORES OF CALIFORNIA, INC. (FN), and/or 99 CENTS ONLY STORES LLC**, knew or should have known that the premises at the store was hazardous due to the fact that there was slippery debris lying on the floor, thereby creating a

4

dangerous and defective condition on the premises.

20.    Defendants **99 CENTS ONLY STORES OF CALIFORNIA, INC. (FN), and/or 99 CENTS ONLY STORES LLC,** knew or should have known that there were no warnings of safeguards in place to protect the business invitees of the store against the danger created by liquid on the floor.

21.    Plaintiff **LOUANN CRANDALL** was injured as a result of Defendants' failure to warn of, safeguard, or remedy an unreasonably dangerous condition on said premises.

22.    As a proximate result of Defendants **99 CENTS ONLY STORES OF CALIFORNIA, INC. (FN), and/or 99 CENTS ONLY STORES LLC's** failure to warn of, safeguard, or remedy an unreasonably dangerous condition, Plaintiff was injured and suffered damages which include but are not limited to physical injuries, pain and suffering since the incident, past and future medical expenses, loss of earnings, and mental and emotional anguish, all in an amount to be determined at trial.

## COUNT THREE: NEGLIGENCE

### (As to All Defendants)

23.    Plaintiff incorporates all previous paragraphs and all allegations herein by reference as if fully set forth herein.

24.    Defendants **99 CENTS ONLY STORES OF CALIFORNIA, INC. (FN), and/or 99 CENTS ONLY STORES LLC,** through their duly authorized agents, servants and employees owed a duty to Plaintiff **LOUANN CRANDALL** to maintain said premises in safe condition. This scope of care extended to Plaintiff **LOUANN CRANDALL.**

25.    Defendants **99 CENTS ONLY STORES OF CALIFORNIA, INC. (FN), and/or 99 CENTS ONLY STORES LLC,** through their duly authorized agents, servants and employees

5

1  negligently caused, negligently maintained, and/or negligently allowed the premises and/or
2  operation of said business place in a dangerous and defective condition.

3        26.    Defendants **99 CENTS ONLY STORES OF CALIFORNIA, INC. (FN), and/or**
4  **99 CENTS ONLY STORES LLC,** through their duly authorized agents, servants and employees
5
6  caused, knew, or should have known of the dangerous condition that existed there and did not take
7  proper corrective action to make premises safe for persons at said location.

8        27.    Defendants **99 CENTS ONLY STORES OF CALIFORNIA, INC. (FN), and/or**
9  **99 CENTS ONLY STORES LLC,** through their duly authorized agents, servants and employees
10
11 failed to remedy this dangerous condition, failed to give warning of this dangerous condition
12 and/or otherwise failed to exercise reasonable care, diligence and prudence of said premises and/or
13 operation of said business.

14       28.    Defendants **99 CENTS ONLY STORES OF CALIFORNIA, INC. (FN), and/or**
15 **99 CENTS ONLY STORES LLC's** breach of this duty is the legal and proximate cause of
16
17 Plaintiff's damages, which include but are not limited to physical injuries, pain and suffering since
18 the incident, past and future medical expenses, loss of earnings, and mental and emotional anguish,
19 all in an amount to be determined at trial.

20                                    **PRAYER FOR RELIEF**

21       WHEREFORE, Plaintiff **LOUANN CRANDALL** prays for judgment against the
22
23 Defendants, and each of them, as follows:

24       1.     For such sums as and for general damages in excess of the jurisdictional minimum
25              of this court.

26       2.     For such sums as and for special damages as will be proven at the time of trial.
27
28       3.     For pre- and post- judgment interest at the maximum rate permitted by law.

6

RESPECTFULLY SUBMITTED this August 7, 2020.

KENT LAW PLC.

Jonathan J. Henry, Esq.
Daniel C. Kaapke, Esq.
*Attorneys for Plaintiff*

2

**EXHIBIT C**

# Liddy Legal Support Services
PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

AUG 1 3 2020

**COPY**

AUG 1 3 2020

CLERK OF THE SUPERIOR COURT
C. JACOBSEN
DEPUTY CLERK

| | |
|---|---|
| Client Matter | 2018-01717 |
| Account | # 0398 |
| Invoice | # 368455 |
| Liddy | # 343247-1 |

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

LOUANN CRANDALL, a single person,

                    Plaintiff(s) / Petitioner(s),

vs

99 CENTS ONLY STORES OF CALIFORNIA,
INC. (FN), et al.,

                    Defendant(s) / Respondent(s).

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER
Case No. CV2020-094504**

**ENTITY/PERSON TO BE SERVED:** 99 Cents only Stores of California, Inc. (FN) c/o CT Corporation System, Statutory Agent

**PLACE OF SERVICE:** 3800 N. Central Ave., Ste. 460, Phoenix, AZ, 85012

**DATE OF SERVICE:** On the 11th day of August , 2020 at 11:55 AM County Maricopa

[ ] PERSONAL SERVICE  [✗] Left a copy with a person authorized to accept service.  [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title** Served on CT Corporation System, Statutory Agent, by serving Scott Whaley, Associate Corporate Operations Specialist.

on 08/10/2020 we received the following documents for service:

Summons | Complaint | and Certificate of Arbitration.

Received from KENT LAW, P.L.C., ( ADAM C. KENT #024718 )

PROCESS SERVER: Colton Joralmon, #8743

**The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: _____   Date: 8/12/2020

| Item | Amount |
|---|---|
| Service of Process | $16.00 |
| Minimum Mileage | $16.00 |
| Doc. Prep Fee | $10.00 |

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Total      $42.00

AUG 1 3 2020

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter 2018-01717
Account # 0398
Invoice # 368456
Liddy # 343247-2



**COPY**

AUG 1 3 2020

CLERK OF THE SUPERIOR COURT
C. JACOBSEN
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

LOUANN CRANDALL, a single person,

                    Plaintiff(s) / Petitioner(s),

vs

99 CENTS ONLY STORES OF CALIFORNIA,
INC. (FN), et al.,

                    Defendant(s) / Respondent(s).

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER**
Case No. CV2020-094504

**ENTITY/PERSON TO BE SERVED:** 99 Cents only Stores, LLC c/o CT Corporation System, Statutory Agent

**PLACE OF SERVICE:** 3800 N. Central Ave., Ste. 460, Phoenix, AZ, 85012

**DATE OF SERVICE:** On the 11th day of August , 2020 at 11:55 AM County Maricopa

☐ PERSONAL SERVICE ☒ Left a copy with a person authorized to accept service. ☐ At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title**    Served on CT Corporation System, Statutory Agent, by serving Scott Whaley,

Associate Corporate Operations Specialist.

on      08/10/2020      we received the following documents for service:

Summons | Complaint | and Certificate of Arbitration.

Received from KENT LAW, P.L.C., ( ADAM C. KENT #024718 )
PROCESS SERVER: Colton Joralmon, #8743

**The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: _____ Date: 8/12/2020

| Item | Amount |
|---|---|
| Service of Process | $16.00 |
| Doc. Prep Fee | $10.00 |

**Tax ID# 90-0533870**
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Total      $26.00

**EXHIBIT D**



1
2
3
4
5
6
7
8
9

**KENT LAW, PLC**
7540 South Willow Drive
Tempe, Arizona 85283
(480) 359-KENT(5368)
Jonathan J. Henry, Esq.
State Bar No. 027976
Daniel C. Kaapke, Esq.
State Bar No. 034562
Litigation@Kent-Law.org
**Attorneys for Plaintiff**



AUG 0 7 2020

CLERK OF THE SUPERIOR COURT
S. LASPALUTO
DEPUTY CLERK

COPY

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

10
11
12
13
14
15
16
17
18

LOUANN CRANDALL, a single person;

  Plaintiff,

v.

99 CENTS ONLY STORES OF
CALIFORNIA, INC. (FN) a foreign
corporation; 99 CENTS ONLY STORES
LLC, a foreign corporation; XYZ
Corporations I-III; ABC Partnerships I-III;
John and Jane Does I-III,

  Defendants.

No.:   CV2020-094504

**CERTIFICATE OF COMPULSORY ARBITRATION**

(Tort – Premises Liability)

19
20
21
22
23
24
25
26
27
28

        The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs **does exceed** limits set by Local Rule for compulsory arbitration.  This case is NOT subject to the Uniform Rules of Procedure for Arbitration.

. . .

. . .

. . .

. . .        \

1

RESPECTFULLY SUBMITTED this August 7, 2020.

KENT LAW PLC.

Jonathan J. Henry, Esq.
Daniel C. Kaapke, Esq.
*Attorneys for Plaintiff*

**EXHIBIT E**

The Judicial Branch of Arizona
Maricopa County

DEPARTMENTS ▾    SERVICES ▾    RESOURCES ▾    LOCATIONS
I AM A ... ▾

☐    Docket

# Civil Court Case Information - Case History

« Return to search results

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2020-094504 | **Judge:** | Crawford, Janice |
| File Date: | 8/7/2020 | **Location:** | Southeast |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Louann Crandall | Plaintiff | Female | Jonathan Henry |
| 99 Cents Only Stores Of California Inc F N | Defendant | | Pro Per |
| 99 Cents Only Stores L L C | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 8/14/2020 | SUM - Summons | 8/17/2020 | |
| 8/14/2020 | SUM - Summons | 8/17/2020 | |
| 8/13/2020 | AFS - Affidavit Of Service | 8/18/2020 | |
| **NOTE:** 99 CENTS ONLY STORES LLC | | | |
| 8/13/2020 | AFS - Affidavit Of Service | 8/18/2020 | |
| **NOTE:** 99 CENTS ONLY STORES OF CALIFORNIA INC FN | | | |
| 8/7/2020 | COM - Complaint | 8/11/2020 | |

| 8/7/2020 | CCN - Cert Arbitration - Not Subject | 8/11/2020 |
| 8/7/2020 | CSH - Coversheet | 8/11/2020 |

## Case Calendar

There are no calendar events on file

## Judgments

There are no judgments on file

Contact Information

### Information Center

602-506-3204

### Central Court Building

201 W. Jefferson Street
Phoenix, AZ 85003

Connect with the Court

Quick Links

Employment Opportunities
Justice Partners

© The Judicial Branch of Arizona In Maricopa County -2020. All rights reserved.
Website Feedback

# EXHIBIT F

Josh M. Snell, Bar #021602
Joel D. Brodfuehrer, Bar #035550
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1790
Fax:  (602) 200-7815
jsnell@jshfirm.com
jbrodfuehrer@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendant 99 Cents Only
Stores, LLC

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF MARICOPA**

| | |
|---|---|
| LOUANN CRANDALL, a single person,<br><br>                                        Plaintiff,<br><br>v.<br><br>99 CENTS STORES OF CALIFORNIA, INC.<br>(FN), a foreign corporation; 99 CENTS ONLY<br>STORES, LLC, a foreign corporation; XYZ<br>Corporations I-III; ABC Partnerships I-III;<br>John and Jane Does I-iii,<br><br>                                        Defendants. | NO. CV2020-094504<br><br>**DEFENDANT 99 CENTS ONLY<br>STORES, LLC'S NOTICE OF FILING<br>NOTICE OF REMOVAL**<br><br>(Assigned to the Honorable Janice<br>Crawford) |

Defendant, 99 Cents Only Stores, LLC, by and through undersigned counsel, pursuant to 28 U.S.C.§ 1441, et seq., notifies this Court that it filed a Notice of Removal of this action to the United States District Court, for the District of Arizona. A copy of the Notice of Removal (exclusive of exhibits) is attached as Exhibit A.

1    DATED this 10th day of September, 2020.

2                                    JONES, SKELTON & HOCHULI, P.L.C.

3

4                                    By /s/ Joel D. Brodfuehrer
                                        Josh M. Snell
5                                       Joel D. Brodfuehrer
                                        40 North Central Avenue, Suite 2700
6                                       Phoenix, Arizona  85004
                                        Attorneys for Defendant 99 Cents Only Stores,
7                                       LLC

8    ORIGINAL of the foregoing electronically filed
     this 10th day of September, 2020.
9

10   COPY of the foregoing mailed/e-mailed
     this 10th day of September, 2020, to:
11

12   Jonathan J. Henry
     Daniel C. Kaapke
13   KENT LAW, PLC
     7540 South Willow Drive
14   Tempe, Arizona 85283
     T: (480) 359-5368
15   Litigation@Kent-Law.org
     Attorneys for Plaintiff
16

17   /s/ Rebecca Camelio

18
     8684082.1
19

20

21

22

23

24

25

26

2

**EXHIBIT A**

1   Josh M. Snell, Bar #021602
    Joel D. Brodfuehrer, Bar #035550
2   JONES, SKELTON & HOCHULI, P.L.C.
    40 North Central Avenue, Suite 2700
3   Phoenix, Arizona 85004
    Telephone: (602) 263-1790
4   Fax: (602) 200-7815
    jsnell@jshfirm.com
5   jbrodfuehrer@jshfirm.com
    minuteentries@jshfirm.com
6
7   Attorneys for Defendant 99 Cents Only
    Stores, LLC

8

9                 **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF ARIZONA**

11   LOUANN CRANDALL, a single person,        NO. TBD

12                              Plaintiff,    **NOTICE OF REMOVAL**

13           v.                               (Assigned to the Honorable )

14   99 CENTS STORES OF CALIFORNIA, INC.
     (FN), a foreign corporation; 99 CENTS ONLY
15   STORES, LLC, a foreign corporation; XYZ
     Corporations I-III; ABC Partnerships I-III;
16   John and Jane Does I-iii,

17                             Defendants.

18

19           Defendant, 99 Cents Only Stores, LLC ("Defendant"), through undersigned

20   counsel, hereby files this Notice of Removal of this action to the United States District Court,

21   for the District of Arizona and states as follows:

22           1. On or about August 7, 2020, Plaintiff filed a Complaint against Defendant in

23   the Superior Court of Arizona, in and for the County of Maricopa, under the caption *"Louann*

24   *Crandall v. 99 Cent Only Stores of California, Inc., et al"* Defendant 99 Cents Only Stores, LLC

25

was served with the Summons and Complaint on or about August 11, 2020.  Copies of the State Court pleadings and Court Docket are attached hereto as Exhibits A - F.

2.  This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states. The amount in controversy exceeds $75,000 because Plaintiff alleges she sustained a broken left elbow, left knee sprain, and left wrist, back, and neck injuries as a result of her fall and the parties are of different states because Defendant 99 Cents Only Stores, LLC, is a foreign corporation doing business in Maricopa County, AZ.

3.  This Defendant is a California Corporation with its principal place of business in California.  Defendant 99 Cents Only Stores' "nerve center" is also in California.

4.  Defendants 99 Cents Only Stores Of California, Inc., and Number Holdings, Inc., are California Corporations with their principal places of business in California. Their "nerve centers" are also in California.   Neither were served with a Summons or Complaint, but both consent to removal of this case.

5.  Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is filed in the United States District Court for the District of Arizona, which is the district in which the civil court action is pending.

6.  This Notice of Removal is timely filed with this Court, pursuant to 28 U.S.C. § 1446(b).

7.  A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as Exhibit F.

WHEREFORE, Defendant respectfully requests that this action be removed to this Court.

1    DATED this 10th day of September, 2020.

2                                         JONES, SKELTON & HOCHULI, P.L.C.

3

4                                    By /s/ Joel D. Brodfuehrer
                                         Josh M. Snell
5                                        Joel D. Brodfuehrer
                                         40 North Central Avenue, Suite 2700
6                                        Phoenix, Arizona  85004
                                         Attorneys for Defendant 99 Cents Only Stores,
7                                        LLC

8    ORIGINAL of the foregoing electronically filed
     this 10th day of September, 2020.
9

10   COPY of the foregoing mailed/e-mailed
     this 10th day of September, 2020, to:
11

12   Jonathan J. Henry
     Daniel C. Kaapke
13   KENT LAW, PLC
     7540 South Willow Drive
14   Tempe, Arizona 85283
     T: (480) 359-5368
15   Litigation@Kent-Law.org
     Attorneys for Plaintiff
16

17   /s/ Rebecca Camelio

18
     8684118.1
19

20

21

22

23

24

25

26

3